# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DONALD JEFFERY,<br><br>Plaintiff,<br>vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC., a corporation, and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 3:18-cv-05002-BCW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Donald Jeffery by and through his undersigned attorneys, hereby voluntarily dismisses Defendant OneMain Financial Group, LLC. with prejudice from this action in its entirety, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

Dated: April 12, 2018   PRICE LAW GROUP, APC

By: */s/ Mark D. Molner*

Mark D. Molner Mo# 62189
**Attorney for Plaintiff
Donald Jeffery**

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served on the following parties via E-mail only unless otherwise indicated on the 12th day of April 2018.

Brett Goodman
bgoodman@yumollp.com
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA. 90071
T: 213.375.3543

*Attorneys for Defendant*
*OneMain Financial Group, LLC*

                                          /s/ Mark D. Molner